# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

C.D. Cal. Case No. CV 12-8290-DMG (PLAx)　　　　　　　　　　　　Date  October 22, 2012
N.D. Cal. Case No. 3:07-md-01827-SI; MDL No. 1827

**Title:** In re: TFT-LCD Flat Panel Antitrust Litigation

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS　　　　　　☐ U.S. DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　( IN CHAMBERS)

Having reviewed the Motion to Quash Subpoena to Testify at Deposition filed by specially appearing Class Members Geri Maxwell, Maria Marshall, and Gerri Marshall on September 26, 2012 (the "Motion"), the specially appearing Class Members are **ordered to show cause, no later than October 30, 2012**, why the Motion should not be transferred to the MDL Court in the Northern District of California for resolution. See, e.g., In re Welding Rod Products Liability Litigation, 406 F.Supp.2d 1064, 1066-68 (N.D.Cal. 2005).

cc:　　Joshua R. Furman, Esq.
　　　　Francis O. Scarpulla, Esq.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch